
RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 7 17 08
BY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

MARVIN EDWARD WARE

VERSUS

ANTHONY BATSON, ET AL

CIVIL ACTION NO. 07-cv-1705

JUDGE WALTER

MAGISTRATE JUDGE HORNSBY

## O R D E R

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss (Doc. 31) is **granted in part** by dismissing all claims for alleged failure to afford Plaintiff eligibility for work release.

**IT IS FURTHER ORDERED** that the motion is **denied** in all other respects. There are no other claims against Heather Miles and Beth Florentine, so they are terminated as defendants.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the _____ day of _____, 2008

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE