RECEIVED

DEC 1 0 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| MARVIN EDWARD WARE | CIVIL ACTION NO. 07-cv-1705 |
| VERSUS | JUDGE WALTER |
| ANTHONY BATSON, ET AL | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment (Doc. 43) and Motion for Conformation of Summary Judgment (Doc. 56) are **denied**.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (Doc. 58) is **granted** and that all claims against all remaining defendants are **dismissed with prejudice**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 10th day of December, 2008.

COPY SENT:
DATE: 12/11/08
BY: CW
TO: dew

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE